IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-02094-MSK-CBS

RE/MAX LLC a Delaware limited liabilty company

    Plaintiff,

v.

QUALITY LIVING, LLC a Colorado limited liability company,
RANDY W. GRINDLE, an individual

    Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Text Order by Chief Judge Marcia S. Krieger (**Doc. #28**) filed on September 17, 2015, adopting the recommendation issued by the Magistrate Judge (**Doc. #27**) it is

ORDERED that:

The Recommendation of Magistrate Judge Shaffer (**Doc. #27**) is **ADOPTED** in accordance with (**Doc. #28**).   Motion for Default Judgment (**Doc. #20**) is **GRANTED**. Judgment is entered in favor of the plaintiff and against defendant Randy W. Grindle, individually, in the amount of $1,839.22, and against defendants jointly and severally in the amount of $36,548.96.

The case will be closed.

Dated this 18th daySeptember, 2015.

ENTERED FOR THE COURT:
JEFFREY P. COLWELL, CLERK


s/Patricia Glover
  Deputy Clerk